UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

TIMOTHY FLETCHER,

                                        Petitioner,

    **-v.-**

                                        Civil Action No.
                                        9:05-cv-1383 (GLS/DRH)

HAROLD GRAHAM, Superintendent,

                                        Respondent.
--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PETITIONER:**

TIMOTHY FLETCHER
Petitioner Pro Se
2253 Third Avenue
No. 1502
New York, New York 10035


**FOR THE RESPONDENT:**

HON. ANDREW M. CUOMO          CHELSEA H. CHAFFEE, ESQ.
Attorney General for the State
   of New York
Attorney for Respondent
120 Broadway
New York, New York 10271


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Homer, duly filed June 27, 2007. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed June 27, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the petition for writ of habeas corpus is DENIED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Respondent and close this case.

IT IS SO ORDERED

Dated:   July 31, 2007
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge